# UNITED STATES DISTRICT COURT
for the
Middle District of North Carolina

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| NICHOLAS WILLIAM SHELLEY | ) | Case No. 1:24MJ175-1 |
| | ) | |
| *Defendant(s)* | ) | |

**FILED**
in the Middle District of North Carolina
**May 8, 2024**
**4:19 pm**
Clerk, US District Court
By: _____kg_____

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __April 15, 2024__ in the county of __Forsyth__ in the __Middle__ District of __North Carolina__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1) | Distribute a Controlled Substance |

This criminal complaint is based on these facts:
See Affidavit

☑ Continued on the attached sheet.

On this day, the applicant appeared before me via reliable electronic means, that is by telephone, was placed under oath, and attested to the contents of this Criminal Complaint and attached affidavit in accordance with the requirements of Fed. R. Crim. P. 4.1.

/s/ Alyson Halonen
*Complainant's signature*

ATF Special Agent Alyson Halonen
*Printed name and title*

Date: 05/08/2024  4:00 pm

*Judge's signature*

City and state: Durham, North Carolina

Joe L. Webster, United States Magistrate Judge
*Printed name and title*

# AFFIDAVIT IN SUPPORT OF
# CRIMINAL COMPLAINT AND ARREST WARRANT

I, Alyson Halonen, a Task Force Officer with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) being duly sworn according to law, depose and state as follows:

1. I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"), and have been since August 2022. I am currently assigned to the Charlotte Field Division, Greensboro I Field Office. I am a graduate of the Federal Law Enforcement Training Center ("FLETC") Criminal Investigator Training Program, as well as the ATF National Academy, where I received extensive training in the investigation of firearms, controlled substances, arson, and explosives offenses. Prior to my career with ATF, I worked for the Wilmington Police Department in North Carolina for approximately four years as a patrol officer. I am a graduate of The University of North Carolina Wilmington, as of 2014, with a Bachelor of Arts Degree in Criminology.

2. During my career in law enforcement, I have conducted and participated in numerous complex case investigations involving federal and state firearms and controlled substance violations. In furtherance of these investigations, I have utilized multiple investigative techniques including but not limited to physical and electronic surveillance, controlled purchases of

evidence, management of confidential informants, forensic examination of electronic devices, and the seizure of electronically stored communications. Through this experience, I have been able to successfully gather criminal intelligence and utilize this information in furtherance of ongoing criminal investigations.

3. Based upon my training and experience, I am familiar with Federal Criminal Codes and know that it is a violation of:

> ***Title 21, United States Code, Section 841(a)(1)*** - Manufacturing, Distributing, Dispensing or Possessing with Intent to Manufacture, Distribute or Dispense Controlled Substances

4. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show only that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

## PROBABLE CAUSE

Case Initiation

5. In the beginning of April 2024 ATF Confidential Informant 30840[1] (herein identified as CI), provided information to the ATF Greensboro Field

---

[1] The CI is financially compensated, and the CI has a known criminal history.

Office in reference to an individual identified as NICHOLAS WILLIAM SHELLEY. The CI indicated that SHELLEY lived in Winston-Salem, North Carolina and was a source of supply for methamphetamine in the area. The CI also identified SHELLEY's phone number as XXX-XXX-5499 and shared text communications exchanged with SHELLEY corroborating that he was selling methamphetamine.

6. During the investigation, the ATF Greensboro Field Office has utilized the CI to conduct multiple controlled purchases of methamphetamine from SHELLEY. The first of these transactions occurred on April 15, 2024. On this occasion, SHELLEY instructed the CI to meet him at Weatherwood Apartments in Winston-Salem, North Carolina to conduct the transaction. SHELLEY agreed to sell the CI one ounce of methamphetamine for $250.00. The CI was provided funds to complete the transaction and equipped with electronic surveillance equipment capable of recording audio and video.

7. Agents conducted physical and electronic surveillance throughout the duration of the transaction. Once the CI arrived at Weatherwood Apartments, agents observed SHELLEY exiting 136 Weatherwood Ct., Apt. A, prior to meeting with the CI in the parking lot. SHELLEY met with the CI in the parking area and conducted the transaction. The CI returned to meet with agents and turned over a bag containing a white crystal-like substance suspected to be methamphetamine. The substance was field-tested which

3

produced a positive result for the presence of methamphetamine. The packaged weight of substance was determined to be approximately 26.3 grams.

8. The second controlled purchase was conducted on April 25, 2024. On this occasion, SHELLEY agreed to sell the CI two ounces of methamphetamine for $700.00. SHELLEY again instructed the CI meet him at Weatherwood Apartments. The CI was provided with currency, equipped with electronic surveillance equipment and instructed to meet with SHELLEY at this location.

9. During pre-operational surveillance, agents observed SHELLEY walking around the parking lot in front of 136 Weatherwood Ct, Apt A. Upon arrival of the CI, SHELLEY was observed getting into the passenger seat of the CI's vehicle. SHELLEY then instructed the CI to drive a short distance up the street on Weatherwood Ct. The transaction was conducted, and SHELLEY got out of the vehicle at the next intersection.

10. The CI returned to meet with agents and turned over a place bag containing a white crystal-like substance suspected to be methamphetamine. The substance was also field tested which produced a positive indication for

the presence of methamphetamine. The packaged weight of the substance was determined to be 49.4 grams.

Respectfully submitted,

*/s/ Alyson Halonen*
Special Agent Alyson Halonen
Bureau of Alcohol, Tobacco, Firearms and Explosives


Pursuant to Rule 4.1 of the Federal Rules of Criminal Procedure, the affiant appeared before me via reliable electronic means (telephone), was placed under oath, and attested to the contents of this written affidavit.
May 8, 2024  4:00 p.m.

Honorable Joe L. Webster
United States Magistrate Judge
Middle District of North Carolina